■ LIZA COMPANY, Appellant, v. MARK HELLINGER THEATRE, INC., et al., Respondents.

Concur — Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.